**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alfonso CONTRERAS–LEON, Defendant–Appellant.**

**No. 11–10482.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 9, 2013.

Filed Oct. 1, 2013.

Richard C. Cheng, Esquire, Assistant U.S., Office of the U.S. Attorney, San Jose, CA, Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Robert E. Carey, Jr., Carey & Carey, Palo Alto, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: SCHROEDER and BYBEE, Circuit Judges, and BATTAGLIA, District Judge.[*]

### MEMORANDUM [**]

Alfonso Contreras–Leon appeals his conviction, after a guilty plea, of illegal reentry in violation of 8 U.S.C. § 1326. He seeks to challenge the validity of his 1998 removal. Because he entered an unconditional guilty plea, he waived his right to appeal. *See* Fed.R.Crim.P. 11(a)(2). Even if there were some ambiguity in connection with the waiver, however, his appeal would lack merit. The subsequent removal in 2001 was also charged in the indictment and constituted an independent basis for his conviction.

The appeal is **DISMISSED.**

---

[*] The Honorable Anthony J. Battaglia, United States District Judge for the Southern District of California, sitting by designation.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

